## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: NITZA M. ACEVEDO-BELEN  : CHAPTER 13
: 
: BANKRUPTCY 19-13806 ELF
DEBTOR :

## DEBTOR'S OBJECTION TO THE
## CERTIFICATION OF DEFAULT BY LAKEVIEW LOAN SERVICING, LLC

TO THE HONORABLE ERIC L. FRANK, U.S. BANKRUPTCY JUDGE:

Movant/Debtor, **NITZA M. ACEVEDO-BELEN,** by and through her attorney, **MICHAEL SCHWARTZ, ESQUIRE,** hereby files this Objection to the Certification of Default filed by Lakeview Loan Servicing, LLC, Respondent/Creditor, and in support thereof, avers as follows:

1. On January 6, 2022, Movant/Creditor Lakeview Loan Servicing, LLC, filed a Certification of Default with this Court alleging that Debtor was in arrears on their mortgage in the amount of $2599.68.

2. The sole reason that Movant/Creditor filed the Certification of Default is because of the alleged arrears in the mortgage payments.

3. Debtor has made payments to Movant/Creditor curing the amounts alleged on the Notice of Default. Specifically, Debtor has sent $2,600 in money orders:

- 27789083190 - $600 dated January 7, 2022
- 27789083188 - $1000 dated January 7, 2022
- 27789083177 - $1000 dated January 7, 2022

**WHEREFORE**, Debtor respectfully requests that this Court deny Creditor's request to sign the Order submitted to the Court and declare that the automatic stay is still in effect.

Respectfully submitted,

\_\_\_\_\_\\s\ Michael Schwartz_____
**MICHAEL SCHWARTZ, ESQUIRE**
Attorney for Debtor