### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  NITZA M. ACEVEDO-BELEN    :  CHAPTER 13
:
:  BANKRUPTCY  19-13806 ELF
DEBTOR         :

### CERTIFICATE OF SERVICE

I, **MICHAEL SCHWARTZ, ESQUIRE,** hereby certify that Debtor's Objection to mortgage company's Certification of Default has been sent on January 7, 2022, by electronic notification and United States First Class Mail to the Office of the Trustee and Lakeview Loan Servicing, LLC through counsel.


\s\ Michael Schwartz
**MICHAEL SCHWARTZ, ESQUIRE**
**Attorney for Debtor**