*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Nitza M. Acevedo−Belen
    Debtor(s)

Case No: 19−13806−elf
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Certification of Default and
Objection to Certification of Default

    on: 1/18/22

    at: 09:30 AM

    in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  1/10/22

Timothy B. McGrath
Clerk of Court

59 − 56, 57
Form 167