United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Nitza M. Acevedo-Belen  
    Debtor

Case No. 19-13806-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Jan 10, 2022      Form ID: 167      Total Noticed: 14

The following symbols are used throughout this certificate:  
**Symbol   Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nitza M. Acevedo-Belen, 241 Blanchard Road, Drexel Hill, PA 19026-2821 |
| 14341323 | + | Cenlar Mortgage Central loan Administrat, Attn: Bankruptcy, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 14407332 | | LAKEVIEW LOAN SERVICING, LLC, C/o Robert J. Davidow, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14563709 | + | Lakeview Loan Services, C/O JILL MANUEL-COUGHLIN, Powers Kirn, LLC, Eight Neshaminy Interplex, Suite 215 Trevose, PA 19053-6980 |
| 14559920 | + | Lakeview Loan Servicing, LLC, c/o Daniel P. Jones, Esquire, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square Warrington, PA 18976-3403 |
| 14650320 | + | Lakeview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1873 |
| 14653841 | + | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14653874 | + | Lakeview Loan Servicing, LLC, C/O Rebecca Ann Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14377083 | + | Lakeview Loan Servicing, LLC c/o, Cenlar FSB, Attn: BK Department, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 14560053 | + | Lakeview Loan Servicing, LLC., C/O DANIEL P. JONES, Stern and Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square Warrington, PA 18976-3403 |
| 14612809 | + | Lakeview Loan Servicing, LLC., C/O STEVEN P KELLY, Steren & Eisenberg, P.C., 1581 Main Street, Suite 200 Warrington, PA 18976-3403 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14341324 | + | Email/Text: bknotice@ercbpo.com | Jan 11 2022 00:02:00 | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14613075 | + | Email/Text: cashiering-administrationservices@flagstar.com | Jan 11 2022 00:02:00 | Lakeview Loan Servicing, LLC, c/o Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098-2639 |
| 14345165 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 11 2022 00:13:50 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 10, 2022 | Form ID: 167 | Total Noticed: 14 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2022              Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DANIEL P. JONES | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| JEROME B. BLANK | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC paeb@fedphe.com |
| JILL MANUEL-COUGHLIN | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bankruptcy@powerskirn.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MICHAEL SETH SCHWARTZ | on behalf of Debtor Nitza M. Acevedo-Belen msbankruptcy@verizon.net  schwartzmr87357@notify.bestcase.com |
| REBECCA ANN SOLARZ | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| ROBERT J. DAVIDOW | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC robert.davidow@phelanhallinan.com |
| STEVEN P KELLY | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| THOMAS SONG | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 11

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Nitza M. Acevedo−Belen
    Debtor(s)

Case No: 19−13806−elf

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

Certification of Default and
Objection to Certification of Default

    on: 1/18/22

    at: 09:30 AM

    in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

Date: 1/10/22

For The Court

Timothy B. McGrath
Clerk of Court

59 − 56, 57
Form 167