# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
# PHILADELPHIA DIVISION

| In Re: <br><br> Nitza M. Acevedo-Belen <br><br> Debtor(s) | Chapter 13 <br><br> Case Number: 19-13806-ELF |
|---|---|

## WITHDRAWAL OF CERTIFICATION OF DEFAULT

Lakeview Loan Servicing, LLC (hereinafter "Movant") by its undersigned counsel, hereby gives notice that it is withdrawing its Certification of Default filed on or about January 6, 2022, without prejudice.

Date: January 20, 2022

Respectfully Submitted,

_/s/ Daniel P. Jones_
Daniel P. Jones   FBN: 321876
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
djones@sterneisenberg.com
Attorney for Creditor

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Withdrawal of Document was served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date to the following:

Date: January 20, 2022

| | |
|---|---|
| Michael Seth Schwartz<br>707 Lakeside Office Park<br>Southampton, PA 18966<br>msbankruptcy@verizon.net<br>**Counsel for Debtor** | William C. Miller, Esq.<br>P.O. Box 40837<br>Philadelphia, PA 19107<br>ecfemails@ph13trustee.com<br>**Bankruptcy Trustee** |

U.S. Trustee
Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106
USTPRegion03.PH.ECF@usdoj.gov
**US Trustee**

and by standard first-class mail postage prepaid to:

Nitza M. Acevedo-Belen
241 Blanchard Road
Drexel Hill, PA 19026
**Debtor(s)**

By:
      /s/ Daniel P. Jones
      Daniel P. Jones, Bar No: 321876
      Stern & Eisenberg, P.C.
      djones@sterneisenberg.com
      Counsel for Movant