United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 19-13806-pmm

Nitza M. Acevedo-Belen     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Sep 26, 2023     Form ID: pdf900     Total Noticed: 20

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Nitza M. Acevedo-Belen, 241 Blanchard Road, Drexel Hill, PA 19026-2821 |
| 14341323 | + | Cenlar Mortgage Central loan Administrat, Attn: Bankruptcy, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 14407332 | | LAKEVIEW LOAN SERVICING, LLC, C/o Robert J. Davidow, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14563709 | + | Lakeview Loan Services, C/O JILL MANUEL-COUGHLIN, Powers Kirn, LLC, Eight Neshaminy Interplex, Suite 215 Trevose, PA 19053-6980 |
| 14559920 | + | Lakeview Loan Servicing, LLC, c/o Daniel P. Jones, Esquire, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square Warrington, PA 18976-3403 |
| 14653874 | + | Lakeview Loan Servicing, LLC, C/O Rebecca Ann Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14377083 | + | Lakeview Loan Servicing, LLC c/o, Cenlar FSB, Attn: BK Department, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 14560053 | + | Lakeview Loan Servicing, LLC., C/O DANIEL P. JONES, Stern and Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square Warrington, PA 18976-3403 |
| 14612809 | + | Lakeview Loan Servicing, LLC., C/O STEVEN P KELLY, Steren & Eisenberg, P.C., 1581 Main Street, Suite 200 Warrington, PA 18976-3403 |
| 14687986 | + | Upper Darby Township, c/o JAMES RANDOLPH WOOD, Portnoff Law Associates, Ltd., 2700 Horizon Drive, Suite 100 King of Prussia, PA 19406-2726 |
| 14687908 | + | Upper Darby Township, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14687907 | + | Upper Darby Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 27 2023 06:27:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 27 2023 06:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14341324 | + | Email/Text: bknotice@ercbpo.com | Sep 27 2023 06:27:00 | ERC/Enhanced Recovery Corp, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14717971 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 27 2023 06:27:00 | Lakeview Loan Servicing, LLC, C/O RightPath Servicing, PO Box 619096, Dallas, TX 75261-9096 |
| 14653841 | ^ | MEBN | Sep 27 2023 06:21:33 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14650320 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 27 2023 06:27:00 | Lakeview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 14613075 | + | Email/Text: SERVICINGMAILHUB@flagstar.com | Sep 27 2023 06:27:00 | Lakeview Loan Servicing, LLC, c/o Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098-2639 |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: Sep 26, 2023 | Form ID: pdf900 | Total Noticed: 20

| | | | | | |
|---|---|---|---|---|---|
| 14345165 | | + Email/PDF: ebn_ais@aisinfo.com | Sep 27 2023 06:29:22 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 | |

TOTAL: 8

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Upper Darby Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2023 at the address(es) listed below:

**Name** | **Email Address**

BRIAN CRAIG NICHOLAS
   on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DANIEL P. JONES
   on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC djones@sterneisenberg.com, bkecf@sterneisenberg.com

JAMES RANDOLPH WOOD
   on behalf of Creditor Upper Darby Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com

JEROME B. BLANK
   on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC jblank@pincuslaw.com, mmorris@pincuslaw.com

JILL MANUEL-COUGHLIN
   on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bankruptcy@powerskirn.com

KENNETH E. WEST
   ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
   on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

MARIO J. HANYON
   on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MICHAEL PATRICK FARRINGTON
   on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC mfarrington@kmllawgroup.com

MICHAEL SETH SCHWARTZ
   on behalf of Debtor Nitza M. Acevedo-Belen msbankruptcy@gmail.com schwartzmr87357@notify.bestcase.com

ROBERT J. DAVIDOW
   on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC robert.davidow@phelanhallinan.com

STEVEN P KELLY
   on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 26, 2023 | Form ID: pdf900 | Total Noticed: 20 |

THOMAS SONG
    on behalf of Creditor LAKEVIEW LOAN SERVICING LLC tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 14

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:**<br>NITZA M ACEVEDO-BELEN | **Chapter 13** |
| **Debtor** | **Bankruptcy No.** 19-13806-pmm |

# **O R D E R**

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

    **IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

*/s/ Patricia M. Mayer*
_____
Honorable Patricia M. Mayer
U.S. Bankruptcy Judge

**Date: September 26, 2023**