| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Nitza M. Acevedo-Belen |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the | Eastern District of Pennsylvania |
| Case number | 19-13806 ELF |

## Official Form 410S1

# Notice of Mortgage Payment Change

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** LAKEVIEW LOAN SERVICING, LLC    **Court claim no.** (if known): 2-1

**Last 4 digits** of any number you use to identify the debtor's account: 9868

**Date of payment change:** Must be at least 21 days after date of this notice: 01/01/2021

**New total payment:** $ 1,229.41
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 612.09     New escrow payment: $ 665.52

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %     New interest rate: _____ %
   Current principal and interest payment: _____     New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - ☒ No.
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or a loan modification agreement. (*Court approval may be required before the payment change can take effect*.)

   Reason for change: _____
   Current mortgage payment: $ _____     New mortgage payment: $ _____

page 1

Official Form 410S1    Notice of Mortgage Payment Change

| Debtor 1 | Nitza | M. | Acevedo-Belen | Case number (if known) | 19-13806 ELF |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.
*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

X  /s/ Jill Manuel-Coughlin          Date  12/02/2020
Signature

Print:  Jill Manuel-Coughlin, Esq. / Harry B. Reese, Esq./ Sarah K. McCaffery, Esq.          Title:  Attorney
       First Name    Middle Name    Last Name

Company:  Powers Kirn, LLC

Address:  8 Neshmainy Interplex, Suite 215
          Number    Street
          Trevose, PA   19053
          City         State   ZIP Code

Contact phone:  215-942-2090          Email:  bankruptcy@powerskirn.com

Please note the "Present Payment" in the amount of $1,175.98 referenced in the Escrow Account Disclosure Statement attached to this Notice of Mortgage Payment Change is the payment the Debtor is contractually due for under the terms of the mortgage. However, the Debtor's current post-petition payment amount prior to the payment change reflected in this notice is $1,188.55 as reflected in the previously filed Notice of Mortgage Payment Change.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Nitza M. Acevedo-Belen<br><br>Debtor(s) | Case No.: 19-13806 ELF |
| LAKEVIEW LOAN SERVICING, LLC<br>Movant<br>v.<br>Nitza M. Acevedo-Belen<br><br>Respondent | |

## CERTIFICATION OF SERVICE
## OF NOTICE OF MORTGAGE PAYMENT CHANGE

I hereby certify under penalty of perjury that I served the above captioned parties at the address specified below or on the attached list on December 2, 2020.

The type of service made on the parties (first-class mail, electronic notification, hand delivery or another type of service) was service by electronic notification and first-class U.S. Mail.

<u>Parties served via Electronic Notification:</u>

William C. Miller
1234 Market Street, Suite 1813
Philadelphia PA  19107
ecfemails@ph13trustee.com
Trustee

Michael Seth Schwartz, Esquire
707 Lakeside Office Park
Southampton, PA  18966
msbankruptcy@verizon.net
Attorney for Debtor/Debtors

<u>Parties served via First-Class Mail:</u>

Nitza M. Acevedo-Belen
241 Blanchard Road
Drexel Hill PA  19026
Debtor

Dated:  December 02, 2020

/s/ Jill Manuel-Coughlin
POWERS KIRN, LLC
Jill Manuel-Coughlin, Esq.; Atty ID #63252
Harry B. Reese, Esq.; Atty ID #310501
Sarah K. McCaffery, Esq.; Atty ID #311728
8 Neshaminy Interplex, Suite 215
Trevose, PA  19053
Phone: 215-942-2090; Fax 215-942-8661
Email: bankruptcy@powerskirn.com
Attorneys for Creditor/Movant