# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** Nitza M. Acevedo-Belen<br>　　　　　　　　　　**Debtor(s)**<br><br>**Lakeview Loan Servicing, LLC as serviced by Community Loan Servicing, LLC**　　　　　　**Movant**<br>　　　　　vs.<br><br>**Nitza M. Acevedo-Belen**<br>　　　　　　　　　**Debtor(s)**<br><br>**Kenneth E. West,**<br>　　　　　　　　　**Trustee** | **BK NO. 19-13806 ELF**<br><br>**Chapter 13**<br><br>**Related to Claim No. 2-1** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Rebecca A. Solarz, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>December 9, 2021</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Nitza M. Acevedo-Belen
241 Blanchard Road
Drexel Hill, PA 19026

Attorney for Debtor(s)
Michael Seth Schwartz, Esq.
707 Lakeside Office Park
Southampton, PA 18966

Trustee
Kenneth E. West
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service:  electronic means or first class mail

Dated: <u>December 9, 2021</u>

　　　　　　　　　　　　　　　　　　　　**/s/Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　215-825-6327
　　　　　　　　　　　　　　　　　　　　rsolarz@kmllawgroup.com